**Order entered December 21, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00563-CV**

## IN THE INTEREST OF O.A.L. AND R.L., MINOR CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-11690**

## ORDER

We questioned our jurisdiction over this restricted appeal from the trial court's divorce decree as the clerk's record reflected the trial court had granted a new trial and set aside the decree, mooting the appeal. On December 1, 2022, the trial court vacated its new trial order and reinstated the decree in accordance with our opinion in appellate cause numbers 05-22-00793-CV and 05-22-00794-CV, original proceedings challenging that very order. Accordingly, it appears we have jurisdiction over the appeal.

As the appellate record has been filed, we **ORDER** appellant to file his brief no later than January 20, 2023.

/s/     BILL PEDERSEN, III
        JUSTICE